***E-FILED - 12/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANGELO LENA, | ) | No. C 08-4364 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL PUBLIC DEFENDERS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The court has dismissed this action without prejudice because there is no case or controversy over which the court may exercise jurisdiction. A judgment of dismissal without prejudice is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/11/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge